**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHAKITA FORD and** | § | |
| **CIAYAN GARDNER** | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **v.** | § | **C.A. NO. ______________** |
| | § | |
| **UBER TECHNOLOGIES, INC.; LUIS** | § | |
| **ROBERTO CARDENAS QUIJADA; and** | § | |
| **LCJ TRUCKING** | § | |
| ***Defendants*.** | § | |

**<u>INDEX OF MATTERS BEING FILED WITH REMOVAL</u>**

The following documents are being contemporaneously filed with Defendant's Notice of Removal:

Exhibit "A" Index of Matters Being Filed

"A-1" Plaintiff's Original Petition

"A-2" Uber's Original Answer

"A-3" Defendant LCJ Trucking's Answer

"A-4" Citation of Service as to Uber

"A-5" Copy of the State Court Docket Sheet/Record

"A-6" List of All Counsel of Record

"A-7" Civil Cover Sheet

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

*/s/ Kelsi W. Piatkowski*
Kelsi W. Piatkowski
Texas Bar No.: 24088597
Kelsi.Piatkowski@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
Phone: (713) 353-2000
Fax: (713) 785-7780
**ATTORNEYS FOR DEFENDANT**
**UBER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was electronically served on all counsel of record, and/or via facsimile transmission, and/or by certified mail, return receipt requested, on March 28, 2025:

*/s/ Kelsi W. Piatkoswki*
Kelsi W. Piatkowski