2/24/2025 10:41 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 97703480
By: Gerardo Perez
Filed: 2/24/2025 10:41 AM

NO. _____

| | | |
|---|---|---|
| SHAKITA FORD | § | IN THE DISTRICT COURT |
| CIAYAN GARDNER | | |
| | | |
| PLAINTIFFS, | § | |
| V. | § | |
| | | |
| UBER TECHNOLOGIES, INC. | § | _____ JUDICIAL DISTRICT |
| LUIS ROBERTO CARDENAS QUIJADA | § | |
| LCJ TRUCKING, | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** SHAKITA FORD AND CIAYAN GARDNER, (hereinafter "Plaintiff's") and files Plaintiff's Original Petition and Request for Disclosure complaining of Uber Technologies, Luis Roberto Cardenas Quijada, and LCJ Trucking (hereinafter "Defendants"), and respectfully shows the Honorable Court and Jury the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, Plaintiff intends conduct discovery under a level 2 discovery control plan.

### RULE 47 STATEMENT

2. Plaintiff seeks over $200,000, but not more than $1,000,000. Plaintiff reserves the right to amend this damage calculation as discovery progresses.

### PARTIES AND SERVICE

3. Plaintiff is an individual resident of Dolton, Cook County, Illinois. The last three numbers of Plaintiff's driver's license number are 672 and the last three numbers of Plaintiff's

social security number are XXX-XX-X384.

Plaintiff is an individual resident of Dolton, Cook County, Illinois. Plaintiff is a minor and the last three numbers of Plaintiff's social security number are XXX-XX-X751.

4. Defendant, UBER TECHNOLOGIES, INC. is a Foreign Limited Liability company doing business in Texas, with its principal office, principal place of business, and corporate headquarters located at 1515 3rd Street, San Francisco, CA 94158. UBER TECHNOLOGIES, INC. may be served with process through its Registered Agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136, or wherever it may be found. To the extent that the above-named Defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against them pursuant to Texas Rule of Civil Procedure 28, and Plaintiffs hereby demands that upon answering this suit, they answer in their correct legal name and assumed name.

4. Defendant's LUIS ROBERTO CARDENAS QUIJADA an individual who is a resident of Texas, may be served with process at his home at the following address 14518 Chasing Bend Drive, Houston, Texas 77069-4433 and may be served at that address.

5. Defendant LJC TRUCKING HOUSTON, LLC is a Domestic Limited Liability Company, LLC may be served, Houston, Texas 77079 and may be served at that address.

**JURISDICTION AND VENUE**

6. Jurisdiction is proper in this Court because this lawsuit arises under the laws of the State of Texas and because Plaintiff suffered damages within the limits of this Court.

7. This Court has jurisdiction over Defendant because it is a government entity, without governmental immunity.

8. Venue is proper in Harris County, Texas Section 15.002(a)(1) of the Texas Civil

Practice and Remedies Code in that all or a substantial part of the acts or omissions giving rise to this lawsuit occurred within Harris County, Texas.

**FACTS**

9.     On or about April 30, 2021, Luis Cuesta was operating under Uber Technologies, Inc. while chauffeuring, Shakita Ford and Ciayan Gardner. Luis Cuesta was driving a box truck during the scope of his employment for LCJ Trucking. He was traveling westbound on the 500 block of Farm to Market 1960 Road West. Defendant, Luis Roberto Cardenas Quijada's, was traveling behind Luis Cuesta and failed to control his rate of speed. He struck the vehicle the Plaintiffs were occupying causing a multitude of injuries.

10.     The accident rendered the Plaintiff in extreme pain forcing Plaintiff to seek medical treatment.

**PLAINTIFF'S CLAIM OF
NEGLIGENCE AGAINST RAYNEL BOSTICK II**

11.     Defendant, LUIS ROBERTO CARDENAS QUIJADA, had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

12.     Plaintiff's injuries were proximately caused by Defendant, LUIS ROBERTO CARDENAS QUIJADA, negligent, careless and reckless disregard of said duty.,

13.     The negligent, careless and reckless disregard of duty of Defendant, LUIS ROBERTO CARDENAS QUIJADA, consisted of, but is not limited to, the following acts and omissions:

A.     Inattentiveness and failure to maintain proper control of his vehicle;

B.     Failing to execute evasive action to avoid the collision in question;

C.     Failing to keep a proper lookout;

D.     Failing to make a legal lane change;

E.     Negligent training and/or supervision of employee;

F.     Other acts deemed negligent.

## DAMAGES FOR PLAINTIFF, SHAKITA FORD AND CIAYAN GARDNER

14.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, SHAKITA FORD AND CIAYAN GARDNER were caused to suffer injuries, and to incur the following damages:

A.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, SHAKITA FORD AND CIAYAN GARDNER for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in HARRIS County, Texas;

B.     Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.     Physical pain and suffering in the past;

D.     Physical pain and suffering in the future;

E.     Physical impairment in the past;

F.     Physical impairment which, in all reasonable probability, will be suffered in the future;

G.     Loss of earning capacity which will, in all probability, be incurred in the future;

H.     Mental anguish in the past; and

I.     Mental anguish in the future

## REQUESTS FOR DISCLOSURE

15.     Under Texas Rules of Civil Procedure 194, Plaintiff requests that Defendant disclose, within 30 days of the service of this request, the information or material described in

Rule 194.2.

## NOTICE OF PRESERVATION

16. The Defendant is hereby given notice that any document or other material, including electronically stored information, that may be evidence or relevant to any issue in this case is to be preserved in its present form until this litigation is concluded.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, SHAKITA FORD AND CIAYAN GARDNER, respectfully pray the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

*/s/* Letitia D. Quinones
LETITIA D. QUINONES
Letitia@quinonesandassociates.com
1602 Washington Ave.
Houston, Texas 77007
(713) 481-7420
(713) 714-8670 Fax
TBN-24008433

/s/Edward D. Jointer
Texas Bar No. 24101180
Email: Ed@quinonesandassociates.com
1602 Washington Ave.
HOUSTON, TEXAS 77007
Tel. (713) 481-7420
Fax. (713) 714-8670

/s/Paige S. Lewis  
Texas Bar No. 24108206  
Email: Lewis@quinonesandassociates.com  
1602 Washington Ave.  
HOUSTON, TEXAS 77007  
Tel. (713) 481-7420  
Fax. (713) 714-8670  


Attorneys for Plaintiffs:  
SHAKITA FORD AND CIAYAN GARDNER


**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Donna Turner on behalf of Edward Jointer
Bar No. 24101180
donna@qmlawfirm.com
Envelope ID: 97703480
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 2/24/2025 11:57 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paige Lewis | 24108206 | psc0031@gmail.com | 2/24/2025 10:41:41 AM | NOT SENT |
| Edward Jointer | 24101180 | ejointer@gmail.com | 2/24/2025 10:41:41 AM | NOT SENT |